UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00397-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| ALBERT VINES | |

On motion of the Defendant, Albert Vines, and for good cause shown, it is hereby ORDERED that DE 59 be sealed until further notice by this Court.

IT IS SO ORDERED.

This **26** day of March, 2019.

JAMES C. DEVER III
United States District Judge