UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-397-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALBERT VINES | ORDER TO SEAL |

On motion of the defendant, Albert Vines, and for good cause shown, it is hereby ORDERED that **DE 139** be sealed until further notice by this Court.

IT IS SO ORDERED.

This **25** day of **July**, 2025.

JAMES C. DEVER III
United States District Court Judge